**Electronically Filed
Supreme Court
SCEC-22-0000490
07-SEP-2022
09:30 AM
Dkt. 17 ODMR**

SCEC-22-0000490

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KARL O. DICKS; JAMES RYAN MALISH; ROBERT SANTILLAN;
and CHARLOTTE ROSECRANS, Plaintiffs,

vs.

STATE OF HAWAIʻI OFFICE OF ELECTIONS, Defendant.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the motion for reconsideration of the August 22, 2022 Findings of Fact, Conclusions of Law, and Judgment, which was filed by Plaintiffs on September 2, 2022, and the record, Plaintiffs' motion is untimely.  <u>See</u> Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a . . . justice of the appellate court involved.").  Even if timely, this court has not overlooked or misapprehended points of law or fact.  <u>See</u> HRAP Rule 40(b).  Accordingly, it is ordered that the motion is denied.

DATED: Honolulu, Hawaiʻi, September 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

